RECEIVED MAY - 9 2005

FILED
U.S. DISTRICT COURT
CEDAR RAPIDS HDQTRS OFFICE
NORTHERN DISTRICT OF IOWA

MAY 0 9 2005

BY: _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| LYLE DOOLEY,<br><br>Plaintiff,<br><br>vs.<br><br>UNKNOWN DEFENDANTS,<br><br>Defendants. | CV05-4062mwB<br><br>No. 4:05-cv-251 JEG<br><br>**ORDER TRANSFERRING CASE** |
|---|---|

This is an action brought by an inmate pro se under 42 U.S.C. § 1983. This complaint asserts that the medical staff at the Civil Commitment Unit for Sex Offenders (CCUSO) is refusing to provide adequate treatment. The CCUSO is located in Cherokee, Iowa. Cherokee is located in the Northern District of Iowa. Venue in this district is not proper. See 28 U.S.C. § 1391(b).

This case shall be transferred to the United States District Court, Northern District of Iowa. See 28 U.S.C. § 1404(a). The Clerk of Court shall send this file to the Clerk of Court for the Northern District in Cedar Rapids, Iowa. By this order, the Court expresses no opinion as to whether the complaint satisfies 28 U.S.C. § 1915 or 42 U.S.C. § 1997e.

**IT IS SO ORDERED.**

Dated this 5th day of May, 2005.

JAMES E. GRITZNER, JUDGE
UNITED STATES DISTRICT COURT